UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ROBERT NELSON,

        Plaintiff,                   Case No. 2:25-cv-221

v.                                         Honorable Ray Kent

MARQUETTE BRANCH PRISON
HEALTH SERVICES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  September 25, 2025                /s/ Ray Kent
                                                         Ray Kent
                                                         United States Magistrate Judge